# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROBERT LELLOCK, | : | No. 4 WAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | December 7, 2018 at No. 757 MD |
| v. | : | 2018. |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| PENNSYLVANIA SUPREME COURT, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 17th day of July, 2019, the order of the Commonwealth Court is

**AFFIRMED**.